974 So.2d 625 (2008)
Sandra MALU, Appellant,
v.
SECURITY NATIONAL INSURANCE COMPANY, Appellee.
No. 4D07-903.
District Court of Appeal of Florida, Fourth District.
February 27, 2008.
Diane H. Tutt of Diane H. Tutt, P.A., Davie, and Carlos Lidsky of Lidsky, Vaccaro & Montes, Attorneys at Law, P.A., Hialeah, for appellant.
Beth Tyler Vogelsang, Miami, for appellee.
PER CURIAM.
Affirmed. See Padilla v. Liberty Mutual, 934 So.2d 511 (Fla. 3d DCA 2005).
KLEIN, HAZOURI and DAMOORGIAN, JJ., concur.